AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
| v. | ) |
| | ) Case No. 4:24-CR-00136(1) |
| Douglas Christopher Steele | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Douglas Christopher Steele**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to Possess with Intent to Distribute Fentanyl
COUNT 2: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Distribution of a Controlled Substance Resulting in Death or Serious Bodily Injury

Date: 05/09/2024

*Issuing officer's signature*

City and state: Pecos, TX

Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*